IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-CV-00937 ) |
| Does 1-178, | ) *JURY TRIAL DEMANDED* ) |
| Defendants. | ) ) |

### DISMISSAL OF DOE NOS. 89, 119, AND, 131
### PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 89, 119, and 131. This Notice of Dismissal is specific to Doe Defendants 89, 119, and 131 and does not apply to any Defendants other than the Defendants listed herein. Does 89, 119, and 131 have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal one hundred and sixty six (166) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendant 119 **without prejudice.**

Plaintiff hereby dismisses Doe Defendants 89 and 131 **with prejudice.**

Respectfully submitted,
PLAINTIFF REFX AUDIO SOFTWARE, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: June 19, 2013

By: /s/ *Paul A. Lesko*
Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Ph: 618.259.2222/ Fax: 618.259.2251
plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe, Suite 2221
Chicago, Illinois 60606
Ph: 312-759-7500/Fax: 312-759-7516
pkeating@simmonsfirm.com

*Attorneys for Plaintiff reFX Audio Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

John Doe #75
Pro Se
Email: johndoe_75_178@yahoo.com

The undersigned certifies that on this 19th day of June, 2013, a true and accurate copy of the foregoing was served via first class mail upon:

Nancy Peterson
2780 Sandhutton Ave, Apt. 2
Rockford, IL 61109-7542

/s/ *Paul A. Lesko*
*Attorney for Plaintiff reFX Audio Software, Inc.*