# EXHIBIT A

| Doe | Host IP Address | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 98.228.222.123 | 10/04/2012 03:55:28 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 2 | 24.12.22.22 | 10/05/2012 06:57:51 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 3 | 24.1.28.196 | 10/09/2012 10:25:36 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 4 | 98.253.50.122 | 10/10/2012 03:03:01 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 5 | 76.16.185.169 | 10/10/2012 11:26:56 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 6 | 50.141.210.248 | 10/11/2012 04:53:01 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 7 | 69.245.192.91 | 10/11/2012 11:48:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 8 | 98.215.227.44 | 10/11/2012 09:19:59 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 9 | 67.167.68.22 | 10/12/2012 03:45:09 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 10 | 67.175.92.8 | 10/12/2012 06:34:32 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 11 | 98.206.147.154 | 10/12/2012 08:14:42 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 12 | 50.148.34.181 | 10/14/2012 08:23:31 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 13 | 24.15.125.208 | 10/17/2012 06:33:53 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 14 | 98.206.104.145 | 10/18/2012 11:17:23 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 15 | 24.15.233.241 | 10/19/2012 12:35:19 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 16 | 24.1.248.108 | 10/19/2012 12:55:43 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 17 | 50.129.181.11 | 10/19/2012 01:28:38 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 18 | 67.162.44.95 | 10/19/2012 04:25:15 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 19 | 71.201.8.242 | 10/19/2012 10:15:45 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 20 | 98.227.86.16 | 10/20/2012 02:25:07 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 21 | 98.215.196.74 | 10/21/2012 06:21:02 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 22 | 24.1.243.170 | 10/22/2012 02:29:12 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 23 | 67.176.218.47 | 10/22/2012 09:11:54 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 24 | 24.1.254.36 | 10/23/2012 10:23:37 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 25 | 76.16.191.77 | 10/25/2012 12:26:53 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 26 | 50.129.127.254 | 10/26/2012 12:14:17 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 27 | 69.246.198.16 | 10/27/2012 08:02:09 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 28 | 173.165.96.54 | 10/27/2012 09:42:52 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Business Communications | Illinois |
| 29 | 68.57.195.197 | 10/28/2012 02:56:25 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 30 | 50.140.155.51 | 10/28/2012 04:57:14 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |

| # | IP Address | Date/Time | Hash Value | ISP | State |
|---|---|---|---|---|---|
| 31 | 24.13.100.81 | 10/29/2012 09:09:43 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 32 | 98.206.102.155 | 10/31/2012 10:56:38 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 33 | 98.206.129.138 | 11/03/2012 06:03:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 34 | 98.213.196.55 | 11/03/2012 08:15:13 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 35 | 71.201.25.165 | 11/03/2012 10:25:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 36 | 173.165.115.69 | 11/04/2012 08:49:17 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Business Communications | Illinois |
| 37 | 67.162.68.168 | 11/04/2012 11:08:37 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 38 | 98.193.14.205 | 11/08/2012 12:39:35 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 39 | 98.253.204.194 | 11/08/2012 08:50:17 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 40 | 98.214.20.175 | 11/08/2012 09:27:47 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 41 | 67.167.115.216 | 11/11/2012 08:26:55 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 42 | 71.239.191.63 | 11/12/2012 05:10:26 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 43 | 24.13.112.254 | 11/18/2012 12:23:33 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 44 | 98.227.51.213 | 11/18/2012 07:11:11 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 45 | 68.57.196.73 | 11/20/2012 07:23:58 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 46 | 71.201.192.74 | 11/21/2012 10:05:25 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 47 | 67.173.180.220 | 11/21/2012 11:56:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 48 | 71.201.234.158 | 11/23/2012 10:12:32 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 49 | 98.220.92.39 | 11/24/2012 03:26:30 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 50 | 69.245.240.188 | 11/24/2012 05:24:10 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 51 | 76.16.4.25 | 11/25/2012 05:45:00 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 52 | 71.239.199.167 | 11/25/2012 09:41:16 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 53 | 71.57.104.192 | 11/26/2012 04:23:21 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 54 | 24.14.164.103 | 11/26/2012 06:16:31 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 55 | 71.194.15.111 | 11/26/2012 01:56:48 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 56 | 50.129.126.165 | 11/27/2012 02:37:03 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 57 | 98.227.233.149 | 11/27/2012 04:26:42 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 58 | 50.141.140.92 | 11/27/2012 09:58:29 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 59 | 24.14.16.20 | 11/28/2012 07:49:32 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 60 | 76.29.72.33 | 11/30/2012 01:29:42 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 61 | 71.228.5.201 | 12/01/2012 02:28:36 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 62 | 67.176.213.172 | 12/01/2012 05:38:51 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 63 | 76.16.155.159 | 12/01/2012 08:15:12 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 64 | 50.148.68.170 | 12/02/2012 03:14:11 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 65 | 67.176.160.61 | 12/03/2012 03:43:20 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 66 | 98.206.17.134 | 12/03/2012 11:58:24 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 67 | 98.213.133.38 | 12/03/2012 10:32:06 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 68 | 71.194.35.27 | 12/05/2012 09:26:15 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 69 | 71.239.185.65 | 12/06/2012 02:15:06 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 70 | 98.206.109.30 | 12/06/2012 01:22:48 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 71 | 98.206.12.80 | 12/07/2012 01:38:17 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 72 | 67.173.134.152 | 12/08/2012 02:02:21 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 73 | 24.13.118.42 | 12/09/2012 02:46:25 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 74 | 71.194.100.38 | 12/09/2012 07:04:38 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 75 | 71.57.22.54 | 12/11/2012 10:49:02 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 76 | 71.239.66.5 | 12/11/2012 01:01:28 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 77 | 71.194.32.229 | 12/12/2012 08:39:51 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 78 | 98.214.252.23 | 12/12/2012 09:21:17 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 79 | 67.164.253.66 | 12/14/2012 01:37:35 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 80 | 98.206.220.146 | 12/15/2012 02:18:08 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 81 | 67.173.1.92 | 12/15/2012 06:11:03 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 82 | 71.194.129.207 | 12/15/2012 09:51:57 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 83 | 67.175.243.86 | 12/15/2012 10:46:02 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 84 | 98.213.36.89 | 12/16/2012 03:31:33 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 85 | 24.14.130.53 | 12/16/2012 07:58:54 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 86 | 24.15.142.211 | 12/16/2012 09:24:52 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 87 | 98.227.112.253 | 12/17/2012 04:09:01 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 88 | 24.1.219.157 | 12/18/2012 04:09:52 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 89 | 24.14.154.172 | 12/19/2012 06:56:52 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 90 | 76.16.155.149 | 12/20/2012 02:21:46 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 91 | 98.227.194.143 | 12/20/2012 02:42:33 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 92 | 67.184.21.233 | 12/21/2012 02:33:46 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |

| # | IP | Date/Time | Hash 1 | Hash 2 | ISP | State |
|---|---|---|---|---|---|---|
| 93 | 24.13.222.169 | 12/23/2012 06:47:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 94 | 71.194.53.248 | 12/23/2012 05:39:28 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 95 | 71.194.87.73 | 12/24/2012 04:43:36 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 96 | 67.176.222.208 | 12/24/2012 09:48:14 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 97 | 67.175.167.29 | 12/24/2012 01:13:37 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 98 | 98.222.68.220 | 12/24/2012 03:13:53 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 99 | 69.137.255.161 | 12/24/2012 09:24:47 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 100 | 69.245.184.68 | 12/25/2012 12:56:11 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 101 | 24.12.151.218 | 12/25/2012 03:02:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 102 | 24.14.33.105 | 12/25/2012 08:32:17 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 103 | 71.57.90.238 | 12/27/2012 05:54:55 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 104 | 50.196.236.6 | 12/27/2012 11:48:40 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 105 | 98.226.119.80 | 12/28/2012 08:26:53 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 106 | 98.226.226.84 | 12/29/2012 12:53:51 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 107 | 24.14.19.189 | 12/29/2012 07:08:28 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 108 | 67.165.172.2 | 12/29/2012 07:18:09 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 109 | 71.201.64.221 | 12/29/2012 07:29:14 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 110 | 67.167.25.67 | 12/29/2012 06:19:08 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 111 | 24.1.198.120 | 12/29/2012 08:27:16 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 112 | 98.227.94.34 | 12/30/2012 02:39:16 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 113 | 98.214.243.27 | 12/30/2012 09:56:23 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 114 | 76.16.221.199 | 12/31/2012 10:38:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 115 | 76.16.34.69 | 01/01/2013 09:25:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 116 | 76.16.21.0 | 01/03/2013 10:24:31 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 117 | 76.16.155.151 | 01/03/2013 05:23:14 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 118 | 98.227.181.30 | 01/04/2013 12:01:36 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 119 | 24.14.82.205 | 01/04/2013 03:39:34 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 120 | 98.220.229.66 | 01/04/2013 05:48:38 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 121 | 71.239.162.128 | 01/05/2013 01:31:18 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 122 | 98.228.4.44 | 01/05/2013 12:37:28 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |
| 123 | 24.13.96.24 | 01/06/2013 01:04:32 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | | Comcast Cable | Illinois |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 124 | 50.151.4.147 | 01/06/2013 06:36:03 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 125 | 71.239.46.52 | 01/07/2013 05:35:58 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 126 | 24.14.123.41 | 01/09/2013 07:08:36 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 127 | 98.227.168.182 | 01/10/2013 02:42:59 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 128 | 24.14.97.196 | 01/11/2013 01:46:56 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 129 | 98.223.219.96 | 01/12/2013 02:46:40 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 130 | 24.13.20.224 | 01/13/2013 10:24:12 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 131 | 71.194.15.2 | 01/13/2013 05:59:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 132 | 98.222.250.209 | 01/13/2013 08:15:30 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 133 | 71.194.150.81 | 01/14/2013 12:37:30 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 134 | 24.14.90.215 | 01/15/2013 01:33:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 135 | 71.194.36.206 | 01/16/2013 12:37:59 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 136 | 71.194.18.75 | 01/16/2013 05:53:54 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 137 | 98.253.99.96 | 01/16/2013 10:40:04 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 138 | 98.214.10.182 | 01/17/2013 04:21:40 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 139 | 67.163.58.114 | 01/17/2013 07:48:50 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 140 | 24.1.148.225 | 01/18/2013 05:02:03 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 141 | 71.57.72.61 | 01/19/2013 12:05:23 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 142 | 98.206.140.90 | 01/19/2013 01:38:03 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 143 | 98.213.224.160 | 01/19/2013 06:58:36 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 144 | 71.201.8.5 | 01/20/2013 08:24:45 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 145 | 98.226.225.83 | 01/20/2013 11:26:55 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 146 | 67.175.59.251 | 01/20/2013 11:33:41 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 147 | 67.176.227.43 | 01/21/2013 05:34:19 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 148 | 67.175.218.45 | 01/21/2013 09:35:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 149 | 24.12.91.93 | 01/22/2013 03:50:35 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 150 | 71.201.203.83 | 01/22/2013 09:10:30 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 151 | 71.239.139.99 | 01/23/2013 01:55:32 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 152 | 98.227.206.70 | 01/24/2013 01:27:58 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 153 | 69.246.210.20 | 01/24/2013 07:19:54 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 154 | 98.228.218.179 | 01/25/2013 04:16:53 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |

| 155 | 67.173.164.160 | 01/25/2013 05:30:12 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 156 | 98.228.5.96 | 01/26/2013 03:28:30 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 157 | 24.1.43.63 | 01/26/2013 06:02:50 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 158 | 67.176.181.96 | 01/26/2013 11:03:24 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 159 | 67.163.43.130 | 01/26/2013 05:12:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 160 | 98.228.4.19 | 01/26/2013 11:21:44 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 161 | 98.213.91.105 | 01/27/2013 03:58:25 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 162 | 24.1.175.135 | 01/27/2013 05:11:56 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 163 | 98.193.65.199 | 01/27/2013 11:40:57 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 164 | 98.206.111.86 | 01/29/2013 04:00:40 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 165 | 69.137.244.175 | 01/29/2013 05:38:38 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 166 | 98.226.29.196 | 01/30/2013 09:07:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 167 | 50.151.32.167 | 01/31/2013 11:57:59 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 168 | 50.141.201.40 | 02/01/2013 03:35:13 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 169 | 50.141.190.205 | 02/01/2013 04:19:27 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 170 | 71.228.24.17 | 02/01/2013 05:04:43 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 171 | 67.175.14.235 | 02/01/2013 06:07:22 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 172 | 98.222.118.15 | 02/02/2013 02:05:05 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 173 | 24.12.116.149 | 02/02/2013 02:22:23 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 174 | 71.239.230.80 | 02/02/2013 05:02:30 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 175 | 24.15.56.90 | 02/03/2013 04:02:11 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 176 | 67.173.103.120 | 02/03/2013 05:49:12 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 177 | 67.184.247.238 | 02/03/2013 11:42:00 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |
| 178 | 67.176.212.247 | 02/03/2013 10:43:56 | 1DCAAFEA49753AF5A83ACBFD9022762138E5CDBD | Comcast Cable | Illinois |