IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC. ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> ) <br> Dorothy Green, et al., ) <br> ) <br> *Defendants.* ) <br> ) | Case No. 1:13-cv-00937 <br><br> Honorable Thomas M. Durkin <br><br> ***JURY TRIAL DEMANDED*** |

## DISMISSAL OF DEFENDANT ANTHONY GROSS
## PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Defendant Anthony Gross. This Notice of Dismissal is specific to the Defendant identified herein and does not apply to any Defendants other than the Defendant listed herein. The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal thirty seven (37) Defendants will remain in this action.

Plaintiff hereby dismisses Defendant Anthony Gross **without prejudice**.

Dated: November 1, 2013

Respectfully submitted,
PLAINTIFF reFX AUDIO SOFTWARE, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: November 1, 2013        By: /s/ *Paul A. Lesko*
                                       Paul A. Lesko – IL Bar No. 6288806
                                       One Court Street
                                       Alton, IL 62002
                                       Phone: 618.259.2222
                                       Fax: 618.259.2351
                                       plesko@simmonsfirm.com

                                       Patrick J. Keating – IL Bar No. 6211380
                                       230 West Monroe, Suite 2221
                                       Chicago, Illinois 60606
                                       Phone: 312-759-7500
                                       Fax: 312-759-7516
                                       pkeating@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

                                       /s/ *Paul* A. Lesko
                                       Paul A. Lesko – Simmons Browder Gianaris
                                       Angelides & Barnerd, LLC