IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| reFX AUDIO SOFTWARE, INC. ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:13-cv-00937 |
| ) | |
| ) | Honorable Thomas M. Durkin |
| DOROTHY GREEN, ET AL., ) | |
| ) | ***JURY TRIAL DEMANDED*** |
| *Defendants.* ) | |
| ) | |

## DISMISSAL OF DEFENDANT KESTAS PALULONIS
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Defendant Kestas Palulonis. This Notice of Dismissal is specific to the Defendant identified herein and does not apply to any Defendants other than the Defendant listed herein. The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal twenty-one (21) named Defendants and two (2) Doe Defendants will remain in this action.

Plaintiff hereby dismisses Defendant Kestas Palulonis **with prejudice**.

Dated: December 13, 2013           Respectfully submitted,
                                   PLAINTIFF reFX AUDIO SOFTWARE, INC.

1

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated:  December 13, 2013

By: /s/ *Paul A. Lesko*
Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Phone:  618.259.2222
Fax:  618.259.2351
plesko@simmonsfirm.com


Patrick J. Keating – IL Bar No. 6211380
230 West Monroe, Suite 2221
Chicago, Illinois 60606
Phone: 312-759-7500
Fax: 312-759-7516
pkeating@simmonsfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.


John Doe #75
Email: johndoe_75_178@yahoo.com
***PRO SE***

/s/ *Paul A. Lesko*
Paul A. Lesko – Simmons Browder Gianaris
Angelides & Barnerd, LLC

2